(136 So. 831)
### George D. HARRIS, etc. v. W. N. ADAMS.
### 7 Div. 43.

Supreme Court of Alabama.
June 25, 1931.

Rehearing Denied Oct. 22, 1931.

Motley & Motley, of Gadsden, for petitioner.

E. O. McCord & Son, of Gadsden, opposed.

PER CURIAM.

Petition of W. N. Adams for certiorari to the Court of Appeals to review and revise the

---

[1] Ante, p. 199.

judgment and decision of that court in George D. Harris, etc., v. W. N. Adams, 136 So. 830.

Writ denied.

All Justices concur.